IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA BRAGA,
GODHIGH,

            Plaintiff,

  v.

SEARS HOLDING CORP.,

            Defendant.

_____/

No. C 09-01821 SI
**and C-09-1822 SI**

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 13, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 18, 2009.

DESIGNATION OF EXPERTS: 1/11/10; REBUTTAL: 1/29/10.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 19, 2010.

DISPOSITIVE MOTIONS **SHALL** be filed by February 12, 2010;

     Opp. Due February 26, 2010; Reply Due March 5, 2010;

     and set for hearing no later than March 19, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 20, 2010 at 3:30 PM.

JURY TRIAL DATE: May 3, 2010 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 3-4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The plaintiff dismisses Sears Holding Corporation only. Sears Home Improvement is the only remaining defendant.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California