HOFFMAN EMPLOYMENT LAWYERS, LLP
Michael Hoffman SBN 154481
Alec Segarich SBN 260189
100 Pine Street, Suite. 1550
San Francisco, CA 94111
Telephone:   (415) 362-1111
Facsimile:    (415) 362-1112
mhoffman@employment-lawyers.com

Attorneys for Plaintiffs

BRYAN CAVE LLP
Julie E. Patterson, California Bar No. 167326
jepatterson@bryancave.com
Jesse E.M. Randolph, California Bar No. 221060
jesse.randolph@bryancave.com
Nikol M. Kim, California Bar No. 260866
nikol.kim@bryancave.com
3161 Michelson Drive, Suite 1500
Irvine, CA 92612-4414
Telephone:   (949) 223-7000
Facsimile:    (949) 223-7100

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Braga | CASE -**3:09-CV-01821** |
| Plaintiff | **STIPULATION AND PROPOSED ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| vs. | |
| | **[PROPOSED] ORDER** |
| SEARS HOLDING CORPORATION; a corporation, SEARS HOME IMPROVEMENT PRODUCTS, INC.; a corporation, SEARS ROEBUCK AND CO., a corporation, | |
| Defendants | |

HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Suite 1550
San Francisco, CA 94111
(415) 362-1111

Plaintiff MARIA BRAGA, and Defendant SEARS HOME IMPROVEMENT PRODUCTS, INC. ("SHIP") hereby jointly stipulate to Dismissal of the entire Action with prejudice pursuant to rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, each side to bear their own costs and fees.

DATED: December 11, 2009                HOFFMAN EMPLOYMENT LAWYERS, LLP
                                        _____/S/_____
                                        Michael Hoffman
                                        Attorney for Plaintiff MARIA BRAGA

DATED: December 11, 2009                BRYAN CAVE LLP

                                                /S/
                                        _____
                                        Julie Patterson
                                        Attorney for Defendant SHIP

HOFFMAN EMPLOYMENT LAWYERS
100 Pine Street, Suite 1550
San Francisco, CA 94111
(415) 362-1111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BRAGA, <br><br> Plaintiff, <br><br> vs. <br><br> SEARS HOLDING CORPORATION; a corporation, SEARS HOME IMPROVEMENT PRODUCTS, INC.; a corporation, SEARS ROEBUCK AND CO., a corporation, <br><br> Defendants | CASE NO: 3:09-cv-01821 SI <br><br> **[PROPOSED] ORDER GRANTING DISMISSAL OF COMPLAINT** |

_____

Based upon the Stipulation of the parties, and for good cause, Plaintiff's Complaint is hereby dismissed with prejudice, each side to bear their own costs and fees.



_____
Judge Susan Illston
UNITED STATES DISTRICT COURT JUDGE

**HOFFMAN EMPLOYMENT LAWYERS**
100 Pine Street, Suite 1550
San Francisco, CA 94111
(415) 362-1111

---
STIPULATION TO AMEND COMPLAINT
[PROPOSED] ORDER
3:09-cv-01821 SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**HOFFMAN EMPLOYMENT LAWYERS**
100 Pine Street, Suite 1550
San Francisco, CA 94111
(415) 362-1111

-1-

STIPULATION TO AMEND COMPLAINT
[PROPOSED] ORDER
C 09-00765 SI